# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One Priority Mail Medium Flat Rate box bearing USPS tracking number 9505 5101 0292 3037 4183 24, addressed to "Ghalia Musa, 7052 7th Ln Phoenix, AZ 85041" with a return address of "Huda Elfaky, 3577 Vallay Vista Dr Pt 1201 Hurst, TX 76053". It is a Priority Mail white box measuring approximately 12" x 3.5 x 14.125" weighing approximately 4 pounds and 6 ounces; postmarked February 6, 2023; and bearing $17.10 in postage.

**SEARCH WARRANT**

Case Number: 23-3069m-B

TO: Maria Hunter and any Authorized Officer of the United States
Affidavit having been made before me by Affiant, Maria Hunter, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL**: One Priority Mail Medium Flat Rate box bearing USPS tracking number 9505 5101 0292 3037 4183 24, addressed to "Ghalia Musa, 7052 7th Ln Phoenix, AZ 85041" with a return address of "Huda Elfaky, 3577 Vallay Vista Dr Pt 1201 Hurst, TX 76053". It is a Priority Mail white box measuring approximately 12" x 3.5 x 14.125" weighing approximately 4 pounds and 6 ounces; postmarked February 6, 2023; and bearing $17.10 in postage

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 18 UNITED STATES CODE, SECTION 1956(h) AND TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___2/24/23___ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

Feb. 10, 2023 @ 10:53 a.m. at   Phoenix, Arizona
Date and Time Issued                City and State

                                    M Morrissey

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer   Signature of Judicial Officer

AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 23-3069mb | Date and time warrant executed: 2/13/2023 7:32 am | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of : Postal Inspector Maria Hunter and USPIS contractor Alexandra Kabel | | |
| Inventory of the property taken and name of any person(s) seized: Within parcel bearing label number 9505 5101 0292 3037 4183 24: - Clothing (nothing seized) | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/13/2023

Maria Hunter
Digitally signed by Maria Hunter
Date: 2023.02.13 13:22:53 -07'00'

*Executing officer's signature*

Maria Hunter, U.S. Postal Inspector
*Printed name and title*